IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.: 3:07CV7

| | |
|---|---|
| AERIAL SOLUTIONS, INC., | ) |
| Plaintiff, | ) |
| vs. | ) |
| ALLISON ENGINE COMPANY, INC. d/b/a ROLLS-ROYCE ALLISON; ALLISON ENGINE MOTORS CORPORATION; and GENERAL MOTORS CORPORATION ALLISON GAS TURBINE, | ) |
| Defendants. | ) |

**ORDER GRANTING MOTION TO APPEAR AS COUNSEL *PRO HAC VICE***

IT IS HEREBY ORDERED that the Motion to Appear as Counsel *Pro Hac Vice* (document #17) filed February 28, 2007 is **GRANTED** and Lauren M. London, Esq. hereby is admitted to practice *pro hac vice* on behalf of Defendants Rolls-Royce Corporation; Rolls-Royce North America, Inc.; Allison Engine Company, Inc., d/b/a Rolls-Royce Allison; Allison Engine Company; General Motors Corporation; and General Motors Corporation Allison Gas Turbine in this matter in accordance with Local Rule 83.1(B). The undersigned is informed that Ms. London is appearing in association with the Womble Carlyle law firm. If she has not already done so, Ms. London should pay to the Clerk of Court the required fee.

Signed: March 15, 2007

_____
David C. Keesler
United States Magistrate Judge