|  |  |
|---|---|
| AERIAL SOLUTIONS, INC., | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| vs. | ) |
|  | ) |
| ALLISON ENGINE COMPANY, | ) |
| INC. d/b/a ROLLS-ROYCE ALLISON; | ) |
| ALLISON ENGINE MOTORS | ) |
| CORPORATION; and GENERAL | ) |
| MOTORS CORPORATION ALLISON | ) |
| GAS TURBINE, | ) |
|  | ) |
| Defendants. | ) |
| _____ | ) |

### ORDER GRANTING MOTION TO APPEAR AS COUNSEL *PRO HAC VICE*

IT IS HEREBY ORDERED that the Motion to Appear as Counsel *Pro Hac Vice* (document #18) filed February 28, 2007 is **GRANTED** and Brittany M. Schultz, Esq. hereby is admitted to practice *pro hac vice* on behalf of Defendants Rolls-Royce Corporation and Rolls-Royce North America, Inc. in this matter in accordance with Local Rule 83.1(B). The undersigned is informed that Ms. Schultz is appearing in association with the Womble Carlyle law firm. If she has not already done so, Ms. Schultz should pay to the Clerk of Court the required fee.

Signed: March 15, 2007

David C. Keesler
United States Magistrate Judge